IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ERIC D. JONES

VS.                                                              CIVIL ACTION NO. 2:15cv75-KS-MTP

CLASS OF OTHER OFFICIALS, ET AL

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on November 18, 2015, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Court orders as follows:

1. That Plaintiff's Motions to Proceed *In Forma Pauperis* [2][6], are **denied,**

2. Plaintiff is given thirty (30) days to pay all of the costs associated with the filing of this lawsuit, and

3. Should Plaintiff fail to timely pay all the costs associated the filing of this lawsuit, this matter will be dismissed without prejudice and without further notice.

SO ORDERED, this the 15th day of December, 2015.

                        *s/Keith Starrett*
                        UNITED STATES DISTRICT JUDGE